*The President, Directors and Company of the Bank of Monroe* v. *Jacob Widner et al.* M. T. Reynolds, for complainants ; H. Gay, for defendants. Application to set aside decree of vice chancellor and all subsequent proceedings, denied with $12 costs.